UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the District Council No. 9 Painting Industry Insurance Fund, et al.,

                Plaintiffs,

- against -

Precision Builders Group Ltd.,

                Defendant.

**ORDER**

23-CV-5185 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court entered an Order to Show Cause for Default Judgment on August 10, 2023 directing Plaintiffs to serve copies of Order to Show Cause and supporting papers "by Certified Mail Return Receipt Requested and by serving copies upon Defendant by way of the Office of the New York Secretary of State, on or before August 24, 2023. Proof of service shall be filed to the docket via ECF." (Doc. 15). On August 11, 2023, Plaintiffs filed a certificate of service which stated that Plaintiffs "served a true copy of the Order to Show Cause with supporting documents by First Class Mail under the exclusive care and custody of the United States Postal Service within New York State." (Doc. 16). There is no indication on the docket that Plaintiffs ever served Defendant with the Order to Show Cause and supporting documents by Certified Mail Return Receipt Requested as the Court directed.

      Accordingly, Plaintiffs shall file a proof of service of the Order to Show Cause for Default Judgment and supporting documents by Certified Mail Return Receipt Requested on or before **March 8, 2024**.

**SO ORDERED.**

Dated: White Plains, New York
March 4, 2024

_____
PHILIP M. HALPERN
United States District Judge