UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, et al.,

               Plaintiffs,

    - against -

PRECISION BUILDERS GROUP LTD.,

               Defendant.

**ORDER**

23-CV-05185 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court *sua sponte* extends the time for Defendant to respond to the Court's August 10, 2023 Order to Show Cause (Doc. 15) to **March 19, 2024**.

                                            SO ORDERED.

Dated:  White Plains, New York
          March 6, 2024

                                        PHILIP M. HALPERN
                                        United States District Judge